In the Matter of Proceedings to Disbar ARTHUR B. LANPHIER, of Albany, N. Y.— The issues presented upon the charges made and the answer filed are hereby referred to Hon. William P. Rudd, official referee, to take the evidence and report thereon, with his conclusions, to this court.

MARQUETTE COAL CO., INC., Respondent, v. BLUE STONE COAL CORPORATION and Another, Appellants.— Motion denied, with ten dollars costs.

In the Matter of the Application of ALPHUS A. CHAPIN, Respondent, for an Order of Mandamus against JAMES J. HOGAN, as Inspector of Plumbing of the City of Glens Falls, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHUS A. CHAPIN, Respondent, v. JAMES J. HOGAN, as Inspector of Plumbing of the City of Glens Falls, Appellant.— Motion denied, with ten dollars costs.

INGRID NELSON, Appellant, v. CHARLES S. DARLING, Respondent, Impleaded with Others.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARY PETT, Respondent, v. JOHN C. HEIDRICH and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES PRIMEAU, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE GIBBS, Appellant.— Judgment of conviction unanimously affirmed.

FRANK C. PAYNE, as Sole Administrator, etc., of VESTA L. NEWBURY, Deceased, Appellant, v. JOHN BARTON PAYNE, Director-General of Railroads, as Agent, etc., Respondent. * — Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. HARRIET E. RICHARDS, Respondent, v. BOOTH & FLINN, LTD., Appellant.— Motion denied, with ten dollars costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ADOLPH ROESCH, Claimant, Respondent, v. BAUSCH & LOMB OPTICAL COMPANY and Another, Appellants.— Award reversed, and proceeding remitted to the State Industrial Board, with costs against said Board, on the ground that the award is excessive for the injury to the right wrist, the only injury found by said Board. All concur.

ALICE RYAN, as Administratrix, etc., of EDWARD F. RYAN, Deceased, Appellant, v. THE FEENEY & SHEEHAN BUILDING COMPANY, Respondent.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN SCHUSTER, Respondent, v. GOULD COUPLER COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

WILLIAM SCHOLING, as Administrator, etc., of KINI SCHOLING, Deceased, Appellant, v. CHARLES R. O'CONNOR, Respondent, and Others.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal by April fifteenth, and pays said costs, in which case motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. HENRY SCHUESSLAR, Respond-

* See 42 U. S. Stat. at Large, 2237, 2238, being Proc. Pres. March 26, 1921, designating and appointing James C. Davis as successor, effective at Noon on March 28, 1921.— [REP.